

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,822-01

**EX PARTE SONNY RAY DEMPSEY, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1119717-A
### IN THE 185TH DISTRICT COURT OF HARRIS COUNTY

*Per curiam.* **NEWELL, J.,** *not participating.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and was sentenced to twenty-five years' imprisonment. His conviction was affirmed on appeal. *Dempsey v. State*, No. 14-08-00657-CR (Tex. App.—Houston [14th Dist.] Dec. 17, 2009) (not designated for publication).

Applicant argues there was no evidence to sustain his conviction, that he is actually innocent, that counsel was ineffective, and that the trial court erred in admitting evidence. The trial court

signed findings of fact and conclusions of law recommending that relief be denied. We agree that relief should be denied but we decline to adopt finding of fact five. Based upon the remaining findings and conclusions and our independent review of the record, we deny relief.

Filed: November 11, 2015

Do not publish